within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1046. IN RE DISBARMENT OF JENKINS. It is ordered that Andrew James Jenkins, of Deer Park, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–889. KING v. ST. VINCENT'S HOSPITAL. C. A. 11th Cir. [Certiorari granted, 498 U. S. 1081.] Motion of the Solicitor General for leave to file a supplemental brief after argument granted. JUSTICE THOMAS took no part in the consideration or decision of this motion.

No. 90–1205. UNITED STATES v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 90–6588. AYERS ET AL. v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motion of John F. Knight, Jr., et al. for leave to file a brief as *amici curiae* denied.

No. 90–1596. ROBERTSON, CHIEF, UNITED STATES FOREST SERVICE, ET AL. v. SEATTLE AUDUBON SOCIETY ET AL. C. A. 9th Cir. [Certiorari granted, 501 U. S. 1249.] Motion of Public Citizen for leave to file a brief as *amicus curiae* granted.

No. 90–1599. UNITED STATES v. FELIX. C. A. 10th Cir. [Certiorari granted, *ante*, p. 806.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–42. UNITED STATES v. BURKE ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 806.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–164. UNITED STATES v. THOMPSON/CENTER ARMS CO. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 807.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 90–1745. UNITED STATES v. WILSON. C. A. 6th Cir. [Certiorari granted, *ante*, p. 807.] Motion for appointment of counsel granted, and it is ordered that Henry A. Martin, Esq., of Nashville, Tenn., be appointed to serve as counsel for respondent in this case.